UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-32296 |
|---|---|
| ERIC JAY RIFE | (Chapter 13) |
| ERIN GAYLE RIFE | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4000459**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 48 | UCB INC<br>5620 SOUTHWYCK BLVD STE 206<br>BOX 140190<br>TOLEDO, OH  43614 | 526.51 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/24/2010

Certificate of Service                05-32296

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| ERIC JAY RIFE | ANTHONY B PENNINGTON | (55.1n) |
| ERIN GAYLE RIFE | 1107 UPPER VALLEY PIKE | CHASE AUTO FINANCE |
| 2708 NORTH 200 EAST | SPRINGFIELD, OH  45504 | 201 N CENTRAL AVE |
| WINDFALL, IN  46076 | | PHOENIX, AZ  85004 |
| | | |
| (50.1n) | (57.1n) | (48.1) |
| ECMC | SALLIE MAE INC | UCB INC |
| 7325 BEAUFONT SPRINGS | 220 LASLEY AVE | 5620 SOUTHWYCK BLVD STE 206 |
| SUITE 200 | WILKES-BARRE, PA  18706 | BOX 140190 |
| RICHMOND, VA  23225 | | TOLEDO, OH  43614 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     bl